# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVARISTUS MACKEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BUREAU OF PRISONS, et al,<br><br>　　　　　Defendants. | Case No.: 1:15-cv-01934-BAM (PC)<br><br>ORDER TO SUBMIT A **PRISONER** APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY THE $400.00 FILING FEE WITHIN THIRTY DAYS<br><br>ORDER TO CLERK'S OFFICE TO SEND PLAINTIFF IN FORMA PAUPERIS APPLICATION FOR **PRISONER**<br><br>**THIRTY-DAY (30-DAY) DEADLINE** |

　　　　Plaintiff Evaristus Mackey ("Plaintiff") is a federal prisoner proceeding pro se in this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). On December 30, 2015, Plaintiff submitted a motion titled, "Request to Proceed Without Full Payment of Cost and Fees, or in the Alternative, Request Waiver of Full Payment of Cost and Fees." (ECF No. 2.) Plaintiff has not submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915, nor is his motion in compliance with that section.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Clerk's Office shall send to Plaintiff the attached form for application to proceed in forma pauperis **for a prisoner**;

2. Within thirty (30) days of the date of service of this order, plaintiff shall submit the completed and signed application to proceed in forma pauperis **for a prisoner**, or in the alternative, pay the $400.00 filing fee for this action; and

3. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **January 6, 2016**         /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE